UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:21-CV-62551-RKA

JOSIE WILLIAMS,

    Plaintiff,

v.

EXPERIAN INFORMATION
SERVICES, INC., *et al.*,

    Defendant.
_____/

## NOTICE OF SETTLEMENT WITH RESPECT TO DEFENDANT EXPERIAN INFORMATION SERVICES, INC.

Plaintiff Josie Williams submits this Notice of Settlement and states the Plaintiff and Defendant Experian Information Services, Inc. have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court. This case remains active with respecting to the remaining Defendants.

Dated: January 27, 2022

    Respectfully Submitted,

    /s/ Thomas Patti                                .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:    855-529-9540

*COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 27, 2022, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

 /s/ Thomas Patti                              .
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118277

Case 0:21-cv-62551-RKA   Document 16   Entered on FLSD Docket 01/27/2022                                       PAGE | **2** of **2**
**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com