UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-62551-ALTMAN/Hunt

JOSIE WILLIAMS,

    *Plaintiff*,

v.

EXPERIAN INFORMATION
SERVICES, INC., *et al.*,

    *Defendants*.

_____/

## ORDER TO SHOW CAUSE

The Court entered a Scheduling Order [ECF No. 24] that required the parties to select a mediator; to choose a time, date, and place for mediation; and to file a joint proposed order scheduling mediation. The parties have thus far not complied with the Court's order. Accordingly, the Court hereby

**ORDERS AND ADJUDGES** that, by **April 5, 2022**, the parties shall file a proposed order scheduling mediation with the Court. The proposed order shall specify the mediator along with the time, date, and place for mediation. Failure to comply with this Order will result in appropriate sanctions, including dismissal without further notice.

**DONE AND ORDERED** in Miami, Florida this 1st day of April 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record